UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALEXANDRA KOBRICK,** | : |
| **Plaintiff** | : |
| | : **CIVIL ACTION NO. 3:13-2865** |
| v. | : |
| | : **(JUDGE MANNION)** |
| **MATTHEW STEVENS, LAKELAND** | : |
| **SCHOOL DISTRICT, WESTERN** | |
| **WAYNE SCHOOL DISTRICT,** | : |
| **DR. MARGARET BILLINGS-** | |
| **JONES, THOMAS KAMEROSKI,** | : |
| **ANDREW FALONK, and PATRICK** | |
| **SHEEHAN,** | : |
| **Defendants** | : |

# O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** defendant Stevens's motion to dismiss, **(Doc. 32)**, is **GRANTED IN PART AND DENIED IN PART** as follows:

   **(a)** defendant Stevens's motion to dismiss is **GRANTED** with respect to the Fourth Amendment claim in Count One of the plaintiff's complaint; the Pennsylvania Constitution claim in Count Eight; and the Sexual and Simple Assault claim in Count Ten.

   **(b)** defendant Stevens's motion to dismiss is **DENIED** in all other respects.

**(2)** the Western Wayne defendants' motion to dismiss, **(Doc. 16)**, is **GRANTED IN PART AND DENIED IN PART** as follows:

    **(a)** the Western Wayne defendants' motion to dismiss is **GRANTED** with respect to the Fourth Amendment claim in Count Six; the Title IX claim against defendants Falonk and Sheehan in Count Seven; the Pennsylvania Constitution claim in Count Eight; the Sexual and Simple Assault claim in Count Ten; the Negligence claim in Count Thirteen; the IIED claim in Count Fourteen against the Western Wayne School District and defendant Falonk; and the claim for punitive damages against the Western Wayne School District and defendant Falonk;

    **(b)** the Western Wayne defendants' motion to dismiss is **DENIED** in all other respects.

**(3)** the Lakeland defendants' motion to dismiss, **(Doc. 18)**, is **GRANTED IN PART AND DENIED IN PART** as follows:

    **(a)** the Lakeland defendants' motion to dismiss is **GRANTED** with respect to the state law claims in Counts Nine, Ten, Eleven, Twelve and Fourteen against defendant Billing-Jones; the state law claims

in Counts Nine, Ten, Eleven, Twelve and Fourteen against defendant Lakeland School District; the state law claims in Counts Nine, Eleven and Twelve against defendant Kameroski; the Fourth Amendment claim in Count Four; the Title IX claim against defendants Billings-Jones and Kameroski in Count Five; the Pennsylvania Constitution claim in Count Eight; the Sexual and Simple Assault claim in Count Ten; the IIED claim in Count Fourteen against defendants Lakeland School District and Billings-Jones in Count Fourteen; and the punitive damages claim against defendants Lakeland School District and Billings-Jones;

**(b)** the Lakeland defendants' motion to dismiss is **DENIED** in all other respects.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date:  September 30, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-2865-01-ORDER.wpd