IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALEXANDRA KOBRICK,** | : | CIVIL ACTION NO. 3:13-CV-2865 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **MATTHEW STEVENS, LAKELAND SCHOOL DISTRICT, WESTERN WAYNE SCHOOL DISTRICT, DR. MARGARET BILLINGS-JONES, THOMAS KAMEROSKI, ANDREW FALONK, and PATRICK SHEEHAN,** | : | |
| Defendants | : | |

# **ORDER**

AND NOW, this 1st day of September, 2017, upon consideration of the motion (Doc. 100) for summary judgment filed by defendant Matthew Stevens ("Stevens") pursuant to Federal Rule of Civil Procedure 56, and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that:

1. Stevens' motion (Doc. 100) is GRANTED as to Count 14 of the complaint (Doc. 1) but is DENIED in all other respects.

2. Entry of judgment in accordance with paragraph 1 is DEFERRED pending trial on the remaining claims *sub judice*.

3. The parties are directed to meet and confer, in consultation with the undersigned's courtroom deputy, with the goal of developing an appropriate schedule for further proceedings. On or before **Friday, September 15, 2017**, the parties shall submit to the court a joint proposed pretrial and trial schedule, specifically identifying the anticipated length of trial, or, in the event the parties are unable to agree, shall submit individual proposed schedules for the court's consideration.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania