# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALEXANDRA KOBRICK,** | : | CIVIL ACTION NO. 3:13-CV-2865 |
| Plaintiff | : | |
| v. | : | (Chief Judge Conner) |
| **MATTHEW STEVENS, LAKELAND SCHOOL DISTRICT, WESTERN WAYNE SCHOOL DISTRICT, DR. MARGARET BILLINGS-JONES, THOMAS KAMEROSKI, ANDREW FALONK, and PATRICK SHEEHAN,** | : | |
| Defendants | : | |

## ORDER

AND NOW, this 1st day of September, 2017, upon consideration of the motions (Docs. 102, 105, 107) for summary judgment filed by defendants Lakeland School District, Thomas Kameroski, Margaret Billings-Jones, Western Wayne School District, Andrew Falonk, and Patrick Sheehan pursuant to Federal Rule of Civil Procedure 56, and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that:

1. Defendants' motions (Docs. 102, 105, 107) are GRANTED.

2. Entry of judgment in accordance with paragraph 1 is DEFERRED pending trial against the remaining defendant *sub judice*.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania