# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALEXANDRA KOBRICK,** | : CIVIL ACTION NO. 3:13-CV-2865 |
| Plaintiff | : |
| v. | : (Chief Judge Conner) |
| **MATTHEW STEVENS, LAKELAND SCHOOL DISTRICT, WESTERN WAYNE SCHOOL DISTRICT, DR. MARGARET BILLINGS-JONES, THOMAS KAMEROSKI, ANDREW FALONK, and PATRICK SHEEHAN,** | : |
| Defendants | : |

## <u>ORDER</u>

AND NOW, this 9th day of March, 2018, upon consideration of the court's order (Doc. 173) granting the motion (Doc. 172) by the Levin Legal Group, P.C. ("Levin Legal") to withdraw as counsel for defendant Matthew Stevens ("Stevens"); requiring Levin Legal to cause to be served upon Stevens a copy of the court's order (Doc. 173) and to file a certificate of service thereafter, (id. ¶ 1); according Stevens twenty-one days from the date of service of the order (Doc. 173) to secure new counsel or notify the court of his desire to proceed in this matter *pro se*, (id. ¶ 2); and admonishing Stevens that "failure to comply with [the court's] directive will be deemed an election to proceed *pro se*," (id.), and the court observing that Stevens received a copy of the court's order (Doc. 173) on February 23, 2018, (Doc.

181), and it appearing that the twenty-one-day period to secure new counsel has expired without notice by Stevens of an intent to proceed *pro se* or entry of an appearance by substitute counsel on his behalf, it is hereby ORDERED that:

1. The Clerk of Court is DIRECTED to designate defendant Matthew Stevens ("Stevens") as proceeding *pro se*.

2. The court advises Stevens that *pro se* litigants must comply with the Federal Rules of Civil Procedure, Federal Rules of Evidence, local rules of court, and court orders.

3. Stevens shall file responsive briefs to plaintiff's motions (Docs. 174, 176, 178) *in limine* on or before **Friday, March 23, 2018**. Any replies shall be filed by plaintiff on or before **Friday, March 30, 2018**.

4. All remaining deadlines set forth in the court's order (Doc. 148) shall remain in effect.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania