# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALEXANDRA KOBRICK,** | : | CIVIL ACTION NO. 3:13-CV-2865 |
| **Plaintiff** | : | (Chief Judge Conner) |
| v. | : | |
| **MATTHEW STEVENS, LAKELAND SCHOOL DISTRICT, WESTERN WAYNE SCHOOL DISTRICT, DR. MARGARET BILLINGS-JONES, THOMAS KAMEROSKI, ANDREW FALONK, and PATRICK SHEEHAN,** | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 2nd day of April, 2018, upon consideration of plaintiff's motion (Doc. 176) *in limine*, and it appearing that the motion was served on defendant Matthew Stevens ("Stevens") on February 22, 2018, (Doc. 180), but that Stevens did not file a brief in opposition "on or before Friday, March 23, 2018" as required by the court's order, (Doc. 182 at 2 ¶ 3), and the court noting that a party who fails to comply with the briefing deadline "shall be deemed not to oppose such motion," see LOCAL RULE OF COURT 7.6, it is hereby ORDERED that:

1. Stevens shall file his responsive brief to plaintiff's motion (Doc. 176) *in limine* on or before **Monday, April 9, 2018**, or the court will deem the motion to be unopposed.

2. Plaintiff shall file any reply on or before **Friday, April 13, 2018**.

> /S/ CHRISTOPHER C. CONNER
> Christopher C. Conner, Chief Judge
> United States District Court
> Middle District of Pennsylvania